

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

**BY ECF** (in No. 05 Cr. 960)

November 5, 2014

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

    Re:   *United States* v. *Jose Hernando Rodriguez*, No. 05 Cr. 960 (TPG)
            *Jose Hernando Rodriguez* v. *United States*, No. 11 Civ. 2957 (TPG)

Dear Judge Griesa:

    The Government respectfully submits this letter to draw the Court's attention to the requirement in Rule 8(c) of the Rules Governing Section 2255 Proceedings for the United States District Courts that "[i]f an evidentiary hearing is warranted, the judge must appoint an attorney to represent a petitioner who qualifies to have counsel appointed under 18 U.S.C. § 3006A." *See Graham* v. *Portuondo*, 506 F.3d 105, 108 (2d Cir. 2007) (per curiam) (vacating the District Court's judgment where the District Court failed to appoint the petitioner counsel under 18 U.S.C. § 3006A even though the petitioner did not specifically request counsel at the hearing).

    An evidentiary hearing is scheduled in the above-captioned Section 2255 matter for December 15, 2014.  The Government respectfully requests that the Court direct the petitioner to complete and return to the Court CJA Form 23, attached hereto, so that the Court may evaluate whether counsel should be appointed.  If the petitioner is financially unable to obtain counsel, the Government respectfully requests that the Court appoint counsel pursuant to 18 U.S.C. § 3006A.

                                                Respectfully submitted,

                                                PREET BHARARA
                                                United States Attorney

                        By:      /s Drew Johnson-Skinner
                              Drew Johnson-Skinner
                              Assistant United States Attorney

cc:    Jose Hernando Rodriguez (by mail)
Attachment

| SDNY CJA 23 (Rev. 1/12) | FINANCIAL AFFIDAVIT |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

**IN THE UNITED STATES** ❏ DISTRICT COURT ❏ COURT OF APPEALS ❏ OTHER *(Specify below)*

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ❏ Defendant - Adult
2 ❏ Defendant - Juvenile
3 ❏ Appellant
4 ❏ Probation Violator
5 ❏ Supervised Release Violator
5 ❏ Habeas Petitioner
7 ❏ 2255 Petitioner
8 ❏ Material Witness
9 ❏ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box→)* ❏ Felony  ❏ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ❏ Yes  ❏ No  ❏ Self-Employed
Name and address of employer: _____
**IF YES**, how much do you earn per month? $ _____
**IF NO**, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed? ❏ Yes  ❏ No
**IF YES**, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ❏ Yes  ❏ No
**IF YES,** give the amount received and identify the sources
RECEIVED / SOURCES
$ _____
$ _____
$ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ❏ Yes  ❏ No  **IF YES,** total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ❏ Yes  ❏ No
**IF YES,** give value and description for each
VALUE / DESCRIPTION
$ _____
$ _____
$ _____
$ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
Single
Married
Widowed
Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

Date _____

_____
FD/CJA/RET. ATTORNEY        (PRINT)

❏ APPROVED    ❏ DENIED

_____
ASSISTANT UNITED STATES ATTORNEY (PRINT)

_____
SIGNATURE OF JUDICIAL OFFICER    DATE