

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

**By ECF**

June 2, 2021

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Jose Hernando Rodriguez v. United States*, No. 19 Civ. 11526 (JPO)
              *United States v. Jose Hernando Rodriguez*, No. 05 Cr. 960 (JPO)

Dear Judge Oetken:

      The Government respectfully submits this letter in connection with the joint 28 U.S.C. § 2255 petition and motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) filed by the petitioner, Jose Hernando Rodriguez.  The Government respectfully requests, with the consent of the petitioner, an extension of the time to reply to the petitioner's 43-page memorandum from June 7, 2021 to June 21, 2021.  This is the first request from the Government for an extension.  The petitioner requests an extension of the time to reply from June 28, 2021 to July 14, 2021, to which the Government consents.

                                           Respectfully submitted,

                                           AUDREY STRAUSS
                                           United States Attorney
                                           Southern District of New York

                            By:    ___/s_____
                                   Drew Skinner
                                   Assistant United States Attorney
                                   (212) 637-1587

cc:    Georgia J. Hinde, Esq. (counsel for the petitioner) (by ECF)