

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**By ECF**

June 2, 2021

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Jose Hernando Rodriguez v. United States*, No. 19 Civ. 11526 (JPO)
           *United States v. Jose Hernando Rodriguez*, No. 05 Cr. 960 (JPO)

Dear Judge Oetken:

    The Government respectfully submits this letter in connection with the joint 28 U.S.C. § 2255 petition and motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) filed by the petitioner, Jose Hernando Rodriguez. The Government respectfully requests, with the consent of the petitioner, an extension of the time to reply to the petitioner's 43-page memorandum from June 7, 2021 to June 21, 2021. This is the first request from the Government for an extension. The petitioner requests an extension of the time to reply from June 28, 2021 to July 14, 2021, to which the Government consents.

Granted.
So ordered.
June 3, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:   /s
Drew Skinner
Assistant United States Attorney
(212) 637-1587

*[Signature]*
J. PAUL OETKEN
United States District Judge

cc:    Georgia J. Hinde, Esq. (counsel for the petitioner) (by ECF)